**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| STRATIFIED, LLC, | ) | |
| *Plaintiff*, | ) | No. 1:25-cv-00141 |
| | ) | |
| v. | ) | Judge Christopher H. Steger |
| | ) | |
| TWIN K CONSTRUCTION, INC., | ) | |
| *Defendant*. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Summary Judgment [Doc. 31], filed Jan 28, 2026. Defendant filed its Response [Doc. 33] on February 18, 2026, and this matter is ripe for adjudication. Plaintiff requests judgment against Defendant for breach of contract in the amount of $70,424.37, representing the unpaid portion of contractually bargained installment payments under a separation agreement. [Doc. 32 at 1]. Defendant admits that it owes Plaintiff $70,424.37 and that Plaintiff is entitled to judgment for that amount. [Doc. 33 at 1].

For the reasons stated herein, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment [Doc. 31] is **GRANTED**.

2. Defendant is liable to Plaintiff for $70,424.37.

3. A separate judgment shall **ENTER** on behalf of Plaintiff.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE